Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUNDS, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NUNN BETTER PAINTING, INC., a California Corporation,<br><br>Defendant. | Case No.: C09-0245 BZ<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: October 19, 2009<br>Time: 4:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Magistrate Judge Bernard Zimmerman |

Plaintiffs respectfully request that the Case Management Conference currently scheduled for October 19, 2009, at 4:00 p.m., be continued for approximately ninety (90) days, as follows:

1. A Complaint was filed in this action on January 21, 2009, to compel an audit of Defendant's records by the Plaintiffs.

2. Thereafter and before service was effected, Defendant did schedule an audit with the Funds' auditor, who has reviewed the necessary documents. On that basis, the Court extended time for service until September 21, 2009.

3. This Court has now granted a second extension for service, to December 1, 2009, to allow time to complete the audit analysis of Defendant's payroll records, and any discussion and payment, and to then determine if service of this action is necessary.

4. As Defendant has not been served, there is nothing for the Court to consider at this time.

5. Plaintiffs therefore respectfully request that the Court continue the Case Management Conference for a period of 120 days in order to allow for service, if necessary, by December 1, 2009, for discussion thereafter, and to allow for delays of the intervening holidays.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 9th day of October, 2009 at San Francisco, California.

                        SALTZMAN & JOHNSON
                        LAWCORPORATION

By: _____/s/_____
     Muriel B. Kaplan
     Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action currently set for 4 p.m. on October 19, 2009 is hereby continued to _____, ~~2009~~. January 11, 2010 at 4:00 p.m.

Dated: October 19, 2009

_____
Magistrate Judge Bernard Zimmerman