Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUNDS, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NUNN BETTER PAINTING, INC., a California Corporation,<br><br>　　　　Defendant. | Case No.:  C09-0245 BZ<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　January 11, 2010<br>Time:　　　　4:00 p.m.<br>Courtroom:　G, 15th Floor<br>Judge:　　　Magistrate Judge Bernard Zimmerman |

　　　　Plaintiffs respectfully request that the Case Management Conference currently scheduled for January 11, 2010, at 4:00 p.m., be continued for approximately sixty (60) days, as follows:

　　　　1.　　A Complaint was filed in this action on January 21, 2009, to compel an audit of Defendant's records by the Plaintiffs.

　　　　2.　　Thereafter and before service was effected, Defendant did schedule an audit with the Funds' auditor, who reviewed the necessary documents.  On that basis, the Court extended time for service until September 21, 2009.

　　　　3.　　This Court granted a second extension for service, to December 1, 2009, to allow time to complete the audit analysis of Defendant's payroll records, and any discussion and payment, and to then determine if service of this action was necessary.

4. Before the auditors completed their report, they nevertheless advised counsel that there were some underpayments found due, so Defendant was served with the pleadings. Defendant was recently provided the audit report, and was billed for the findings on December 29, 2009. He telephoned Plaintiffs' counsel today, disputing the billing.

5. Plaintiffs have inquired of the Trust Funds' administrator for an analysis of the billing, and respectfully request that the Court continue the Case Management Conference for a period of sixty (60) days in order to allow Plaintiffs to research and determine Defendant's claim of error, discuss or negotiate the findings, and possible resolution thereafter, without incurring additional court time and fees on a matter that may be resolved between the parties.

6. In the event that the dispute is not resolved within that time, Plaintiffs will move the Court for entry of default judgment.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 4th day of January, 2010 at San Francisco, California.

                                    SALTZMAN & JOHNSON
                                     LAWCORPORATION

By: _____/s/_____
        Muriel B. Kaplan
        Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action currently set for 4 p.m. on January 11, 2010 is hereby continued to _March 15_, 2010, at 4:00 p.m., Courtroom G, 15th Flr.

Dated: _January 5, 2010_                 _____
                                                  Magistrate Judge Bernard Zimmerman

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On January 4, 2010, I served the following document(s):

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Ronald Nunn**
> **Agent of Service of Process**
> **Nunn Better Painting, Inc.**
> **2908 Spanish Bay Drive**
> **Brentwood, California 94513**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 4th day of January, 2010, at San Francisco, California.

_____/s/_____
Qui X. Lu

P:\CLIENTS\PATCL\Nunn Better\Pleadings\C09-0245 BZ - CMC Continuance Request 010410.DOC